# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 19, 2025

## NO.  03-25-00577-CV

**North Lamar Bingo Unit, Appellant**

**v.**

**Elida Harrelson, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on May 6, 2025.  The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.